

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2013

No. 04-12-00735-CR
No. 04-12-00736-CR

Albert **NICHOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court Nos. B93-6 & B93-7
Honorable Rex Emerson, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the State's motion to dismiss is GRANTED and these appeals are DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 11, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2013.

_Keith E. Hottle_
Keith E. Hottle, Clerk